**FILED**

OCT 1 5 2019

Clerk, U.S District Court
District Of Montana
Missoula



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE, | CV 19-131-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| ORANGE TOWN PUMP, INC., d/b/a TOWN PUMP, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 9), IT

IS ORDERED that the above-captioned matter is DISMISSED WITH

PREJUDICE.

DATED this 15th day of October, 2019.

_____
Dana L. Christensen, Chief Judge
United States District Court

-1-